UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

U. S. Equal Employment Opportunity
Commission,

        Plaintiff

v.

Hill Country Farms, Inc.,
d/b/a Henry's Turkey Service,

        Defendant

Civil Action No.  3:11-cv-41

ANSWER

_____

    COMES NOW the Defendant by its attorney, David Scieszinski, and for Answer to the Complaint and Jury Trial Demand states:

    1.  Defendant concurs in the allegations set forth in paragraph 1 of the Complaint.

    2.  Defendant concurs in the allegations set forth in paragraph 2 in the Complaint.

    3.  Defendant admits the allegations of the Plaintiff in paragraph 3 of the Complaint.

    4.  Defendant denies that it conducted business in Muscatine County in the State of Iowa as Hill Country Farms Inc., d/b/a Henry's Turkey Service and had at least fifteen (15) employees.

    5.  Defendant denies the allegations of paragraph 5 of the Complaint and further states that Defendant was not ever licensed to do business in the State of Iowa.

6. Defendant denies the allegations of paragraph 6 of the Complaint.

7. For lack of information Defendant denies the allegations of paragraph 7 of the complaint.

8. For lack of information Defendant denies the allegations of paragraph 8 of the Complaint.

9. Defendant denies the allegations of paragraph 9 and specifically denies the allegations of paragraph 9(a); 9(b) and 9(c) of the Complaint.

10. Defendant denies the allegations of paragraph 10 of the Complaint.

11. Defendant denies the allegations of paragraph 11 of the Complaint.

12. Defendant denies the allegations of paragraph 12 of the Complaint.

WHEREFORE, Defendant Hill Country Farms, Inc. d/b/a Henry's Turkey Service prays that the Plaintiffs' Complaint against it be dismissed, at all costs to the Plaintiffs.

/s/ David Scieszinski
DAVID SCIESZINSKI   #000005005
108 E. 4th Street
P.O. Box 394
Wilton, IA 52778
563-732-2002
Fax:  563-732-2069
Email:  dvdls@netwtc.net
ATTORNEY FOR DEFENDANT

Copy to:
Robert A. Canino, Regional Attorney
U. S. Equal Employment Opportunity Commission
207 S. Houston St., 3rd Floor
Dallas TX  75202-4796