IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

vs.

HILL COUNTRY FARMS, INC., doing
business as Henry's Turkey's Services,

        Defendant.

No. 3-11-cv-41-CRW-TJS

Order

On April 23, 2013, the court held a final hearing on pending motions before commencing trial, then ruled on the motions before beginning jury selection.

The court granted plaintiff's motion in limine to exclude defendant's proposed evidence on the subjects identified in the motion.

The court denied the motion to vacate and dismiss for lack of jurisdiction for reasons the court presented orally at the end of the hearing and the reasons stated by plaintiff's counsel in resisting the motion.

IT IS SO ORDERED.

Dated this 24th day of April, 2013.

/s/ Charles R. Wolle
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT