# WITNESS LIST

Civil No.   3:11-cv-00041

Caption:   Equal Employment Opportunity Commission v. Hill Country Farms, Inc. d/b/a Henry's Turkey Service

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## PLAINTIFF'S WITNESSES

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| NAME | | DATE | TIME Start | End |
|---|---|---|---|---|
| **PLAINTIFF:** | | | | |
| Denise Gonzales | Direct | 4/23/13 | 1:37pm | 2:40pm |
| | Direct continued | | 3:00pm | 3:31pm |
| | Cross | | 3:31pm | 4:00pm |
| | | | | |
| Kyle Gorsh | Direct | 4/23/13 | 4:01pm | 4:25pm |
| | Direct continued | 4/24/13 | 8:58am | 9:52am |
| | Cross | | 9:52am | 10:01am |
| | | | | |
| Mike Rohner | Direct | 4/24/13 | 10:02am | 10:18am |
| | Direct | | 10:40am | 11:08am |
| | Cross | | 11:08am | 11:14am |
| | | | | |
| Susan Seehase | Direct | 4/24/13 | 11:15am | 11:54am |
| | Direct | | 1:13pm | 1:47pm |
| | Cross | | 1:47pm | 2:07pm |
| | Redirect | | 2:07pm | 2:07pm |

| | | | | |
|---|---|---|---|---|
| Natalie Neel-McGlaughlin | Direct | 4/24/13 | 2:09pm | 2:37pm |
| | Direct | | 2:57pm | 3:58pm |
| | Cross | | 3:58pm | 4:07pm |
| | Redirect | | 4:07pm | 4:10pm |
| | | | | |
| Kim Cronkleton | Direct | 4/24/13 | 4:26pm | 4:59pm |
| | Direct continued | 4/25/13 | 9:01am | 9:13am |
| | Cross | | 9:13am | 9:18am |
| | | | | |
| Brittney Montross | Direct | 4/25/13 | 9:19am | 9:51am |
| | Cross | | 9:51am | 9:58am |
| | | | | |
| Dawn Lammers | Direct | 4/25/13 | 9:59am | 11:03am |
| | Cross | | 11:03am | 11:08am |
| | | | | |
| Randy Neubauer | Direct | 4/25/13 | 12:30pm | 3:45pm |
| | Cross | | 3:45pm | 4:04pm |
| | | | | |
| Sue A. Gant, Ph.D. | Direct | 4/25/13 | 4:18pm | 4:57pm |
| | Direct continued | 4/26/13 | 9:08am | 10:19am |
| | Direct continued | | 10:41am | 11:51am |
| | Direct continued | | 1:15pm | 2:26pm |
| | Direct continued | | 2:45pm | 3:16pm |
| | Cross | | 3:17pm | 3:47pm |
| | Cross continued | | 4:03pm | 4:47pm |
| | | | | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## DEFENDANT'S WITNESSES

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| NAME | | DATE | TIME Start | End |
|---|---|---|---|---|
| **DEFENDANT:** | | | | |
| Kenneth Henry | Direct | 4/29/13 | 9:04am | 10:19am |
| | Direct continued | | 10:40am | 11:23am |
| | Cross | | 11:35am | 11:53am |
| | Cross continued | | 1:14pm | 2:21pm |
| | Cross continued | | 2:45pm | 2:55pm |
| | Redirect | | 2:55pm | 3:09pm |
| | Recross | | 3:10pm | 3:12pm |
| | | | | |