# EXHIBIT LIST

Civil No.   3:11-cv-00041

Caption:   Equal Employment Opportunity Commission v. Hill Country Farms, Inc. d/b/a Henry's Turkey Service

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## PLAINTIFF'S EXHIBITS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**PLAINTIFF'S EXHIBITS**

| NO. | DESCRIPTION | I | O | Obj | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 1. | List of 32 Class Members by name | X | X | | X | | | 04/23/13 |
| 2. | Photographs for each of the 32 Class Members (composite and individual photos) | X | X | | X | | | 04/23/13 |
| 3. | EEOC charge of discrimination filed by Sherri Brown dated February 24, 2009 | X | X | | X | | | 04/23/13 |
| 4. | EEOC Letter of Determination of EEOC dated March 30, 2010 | X | X | | X | | | 04/23/13 |
| 5. | Iowa Department of Human Services ("DHS) "Stand By Your Man" Operational Chronology and Report of February 2009 re: Hill Country Farms Inc. d/b/a Henry's Turkey Service in Atalissa and West Liberty, IA | X | X | | X | | | 04/23/13 |
| 6. | Emergency Order Authorizing Protective Services for Dependent Adult Issued by Iowa District Court for Muscatine County dated February 10, 2009 | X | X | | X | | | 04/23/13 |
| 7. | Petition for Order for Protective Services filed in Iowa District Court for Muscatine County dated February 27, 2009 (with Affidavit) | X | X | | X | | | 04/23/13 |
| 8. | Court Orders Authorizing Protective Services for Dependent Adult Issued by Iowa District Court for Muscatine County dated February 27 and March 25, 2009 | X | X | | X | | | 04/23/13 |

I = Identified:   O = Offered:   Obj = Objection;   R = Received;   RSO = Received Subject to Objection;   OS = Objection Sustained;

| | | I | O | Obj | R | RSO | OS | |
|---|---|---|---|---|---|---|---|---|
| 9. | Letter of Eligibility for Iowa Vocational Rehab Services dated March 30, 2009 | X | X | | X | | | 04/23/13 |
| 10. | Video prepared by Iowa DHS regarding account of events of February 2009 | X | X | | X | | | 04/23/13 |
| 11. | Iowa DHS Chronology and Case Worker Reports for 21 Class Members:<br><br>a. Clayton Gene Berg<br>b. James Keith Brown<br>c. James Fowler<br>d. Pete Graffagnino<br>e. John Hatfield<br>f. Paul Hayek<br>g. Kenneth Jackson<br>h. Carl Wayne Jones<br>i. Ronald Lashley<br>j. Willie Levi<br>k. Jeff Long<br>l. William "Bill" Murray<br>m. Robert O'Bier<br>n. John Owens<br>o. Preston Pate<br>p. William "Billy" Penner<br>q. Robert Penner<br>r. Frank Rodriguez<br>s. Raymond Vaughn<br>t. Brady Watson<br>u. Henry Wilkens | X | X | | X | | | 04/23/13 |

I = Identified;   O = Offered;   Obj = Objection;   R = Received;   RSO = Received Subject to Objection;   OS = Objection Sustained;

| | | I | O | Obj | R | RSO | OS | Date |
|---|---|---|---|---|---|---|---|---|
| 12. | Iowa DHS Dependant Adult Abuse and Assessment Reports for 31 Class Members:<br><br>a. Douglas Barco<br>b. Leonard Barefield<br>c. Clayton Gene Berg<br>d. James Keith Brown<br>e. Clarence Dunning<br>f. James Fowler<br>g. Pete Graffagnino<br>h. Leon Hall<br>i. John Hatfield<br>j. Paul Hayek<br>k. Thomas House<br>l. Kenneth Jackson<br>m. Tommy Johnson<br>n. Carl Wayne Jones<br>o. Johnny Kent<br>p. Ronald Lashley<br>q. Willie Levi<br>r. Jeff Long<br>s. Johnson "Johnny" McDaniels<br>t. Joe Morrell<br>u. William "Bill" Murray<br>v. Robert O'Bier<br>w. John Owens<br>x. Preston Pate<br>y. William "Billy" Penner<br>z. Robert Penner<br>aa. Frank Rodriguez<br>bb. Doyle Trantham<br>cc. Raymond Vaughn<br>dd. Brady Watson<br>ee. Henry Wilkens | X | X | | X | | | 04/23/13 |
| 13. | Iowa Department of Public Safety Fire Marshal Report with related photos of the Atalissa Bunkhouse (by individual photos or powerpoint) | X | X | | X | | | 04/23/13 |
| 14. | Iowa Department of Inspection and Appeals (DIA) Report by Mike Rohner February 2009 | X | X | | X | | | 04/23/13 |
| 15. | Photos of Atalissa Bunkhouse taken by DIA and DHS staff in February 2009 | X | X | | X | | | 04/23/13 |

I = Identified;  O = Offered;  Obj = Objection;  R = Received;  RSO = Received Subject to Objection;  OS = Objection Sustained;

| | | I | O | Obj | R | RSO | OS | |
|---|---|---|---|---|---|---|---|---|
| 16. | Muscatine County Community Services Mental Health Assistance Plan | X | X | | X | | | 04/23/13 |
| 17. | List of available resources and service providers for persons with disabilities | X | X | | X | | | 04/23/13 |
| 18. | Curriculum Vitae – Resume of Sue A. Gant, Ph.D. | X | X | | X | | | 04/23/13 |
| 19. | Black Hawk-Grundy Mental Health Center Assessment Forms for the Class Members (Composite Exhibit) | X | X | | X | | | 04/23/13 |
| 20. | Summary exhibits supporting testimony of Expert Witness, Sue Gant, Ph.D.:<br>a. Summary of information relied upon for opinions and testimony<br>b. Summary of international sources regarding disability rights<br>c. Summary of provisions and objectives of law regarding disabilities<br>d. Summary of functional skills assessments<br>e. Summary of physical abuse and mistreatment<br>f. Summary of verbal and psychological abuse and mistreatment<br>g. Summary of medical neglect and denial of access to health care<br>h. Summary of substandard living conditions<br>i. Summary of physical and psychological harms<br>j. Summary of changes to socialization, communication and freedom of choice | X | X | | X | | | 04/23/13 |
| 21. | 1-2 page profiles of current status of each of the Class Members, including current working and living conditions, and photos of activities | X | X | | X | | | 04/23/13 |
| 22. | Letter dated June 29, 2007, from Dan Waters to TH Johnson, re: Randy Neubauer abusive behavior at West Liberty Foods plant | X | X | | X | | | 04/23/13 |
| 23. | Handcuffs taken from the Atalissa Bunkhouse | X | X | | X | | | 04/23/13 |
| 24. | | | | | | | | |

I = Identified: O = Offered: Obj = Objection; R = Received; RSO = Received Subject to Objection; OS = Objection Sustained;

| 25. | Court Order of Sept. 18, 2012, regarding ADA Wage Discrimination claims with redaction as to the amount of judgment | X | X |  | X |  |  | 04/23/13 |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

I = Identified:   O = Offered:    Obj = Objection;   R = Received;   RSO = Received Subject to Objection;   OS = Objection Sustained;

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# DEFENDANT'S EXHIBITS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**DEFENDANT'S EXHIBITS**

| NO. | DESCRIPTION | I | O | Obj | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| A. | Brady H. Watson – rehabilitation program | X | X |  | X |  |  | 04/23/13 |
| B. | Turkey Service Agreement dated October 31, 1997 | X | X | X |  | X |  | 04/29/13 |
| C. | 1998 HCF/WLF Contract | X | X | X |  | X |  | 04/29/13 |
| D. | 2005 HCF/WLF Contract update | X | X | X |  | X |  | 04/29/13 |
| E. | 2005 HCF/WLF Contract update dated 5/17/2006 | X | X | X |  | X |  | 04/29/13 |
| F. | Amendment to the Individualized Written Rehabilitation Program for Brady H. Watson dated 4/17/91 (Texas Rehabilitation Commission) | X | X |  | X |  |  | 04/26/13 |
|  |  |  |  |  |  |  |  |  |

I = Identified:   O = Offered:   Obj = Objection;   R = Received;   RSO = Received Subject to Objection;   OS = Objection Sustained;