IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

RECEIVED
APR 3 0 2013
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Case No. 3-11-cv-00041<br>) |
| vs. | )<br>) |
| HILL COUNTRY FARMS, INC. d/b/a HENRY'S TURKEY SERVICE, | ) ANSWER TO JURY QUESTION #1<br>)<br>) |
| Defendant. | ) |

Members of the Jury:

In answer to your question given to me at 3:15 pm today:

The evidences does not clearly disclose who are the men that are currently in nursing homes in Texas.

DATED: April 30, 2013.

_____
CHARLES R. WOLLE, Senior U.S. District Judge