IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

       **Plaintiff,**

v.                                                                                  Civil Action No.
                                                                                    3:11-cv-00041-CRW-TJS
HILL COUNTRY FARMS, INC., d/b/a
HENRY'S TURKEY SERVICE,

       **Defendant.**

_____

## DEFENDANT'S PROPOSED JUDGMENT TERMS

1. Compensatory and punitive damages
   not to exceed                                        $50,000.00 per complainant
   42 U.S.C. §1981a(b)(3)

2. Attorney fees and expert fees                       -0-
   42 U.S.C. §2000e-5
   42 U.S.C. §212101

3. Costs                                               as taxed by clerk
   28 U.S.C. §1920

      /s/ David Scieszinski
DAVID SCIESZINSKI   #000005005
108 E. 4th Street
P.O. Box 394
Wilton, IA 52778
563-732-2002
Fax: 563-732-2069
Email: dvdls@netwtc.net
ATTORNEY FOR HILL COUNTRY FARMS,
INC., et.al

## **CERTIFICATE OF SERVICE**

This is to certify that on May 10 2013, I electronically transmitted the attached document to the Clerk of the Court using eh ECF system of filing, which will transmit a Notice of the Electronic Filing the Plaintiff's counsel, who is an EFC registrant.

ROBERT A. CANINO
Regional Attorney for
Equal Employment Opportunity
Commission Dallas District Office
Robert.canino@eeoc.gov

                                                                                                __/s/ David Scieszinski_____
                                                                                                   David Scieszinski