**UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

**NOTICE OF APPEAL**

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        CIVIL NO. 3:11-cv-41-CRW-TJS

    Plaintiff,

vs.

        Harold D. Vietor
        District Court Judge

HILL COUNTRY FARMS, INC., doing   Charles R. Wolle
business as Henry's Turkey Services,   District Court Judge

    Defendant.

_____

    Notice is hereby given that Hill Country Farms, Inc. doing business as Henry's Turkey Services appeals to the United States Court of Appeals for the Eighth Circuit from the (1) ruling on Plaintiff's motion for partial summary judgment entered September 18, 2012 and (2) the final judgment entered on June 11, 2013.

August 6, 2013                    /s/ David Scieszinski
                                            Signature of Appellant/Cnsl
                                            David Scieszinski
                                            108 E. 4th St., P.O. Box 394
                                            Wilton, IA  52778
                                            563-732-2002

CERTIFICATE OF SERVICE

This is to certify that on August 6, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF system of filing, which will transmit a Notice of the Electronic Filing to Plaintiff's counsel, who is an EFC registrant.

robert.canino@eeoc.gov
barbara.fuller@eeoc.gov
devida.seth@eeoc.gov

      /s/ David Scieszinski_____
      David Scieszinski