# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2796

Equal Employment Opportunity Commission

Appellee

v.

Hill Country Farms, Inc., doing business as Henry's Turkey Services

Appellant

_____

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:11-cv-00041-CRW)
_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

July 16, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans